FILED: August 4, 2008

```
             UNITED STATES COURT OF APPEALS
                 FOR THE FOURTH CIRCUIT
             _____

                   No. 05-4647 (L)
                 (8:05-cr-00098-PJM)
             _____
```

UNITED STATES OF AMERICA,

              Plaintiff - Appellee

v.

KENNETH WAYNE FORD, Jr.,

              Defendant - Appellant

```
             _____

                J U D G M E N T
             _____
```

In accordance with the decision of this Court, the judgments of the District Court are affirmed.

This judgment shall take effect upon issuance of this Court's mandate in accordance with Fed. R. App. P. 41.

                        /s/ PATRICIA S. CONNOR, CLERK